# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

**MEMO ENDORSED**

December 9, 2019

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/19
```

**Via ECF**

The Honorable Ronnie Abrams
United States District Court
 For the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re:  *Lopez v. Blazin Wings, Inc.*, 1:19-cv-10075-RA**
     **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Abrams:

We represent defendant Blazin Wings, Inc. ("Defendant") in the above-referenced action. Pursuant to Rules 1(A) and 1(D) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Victor Lopez ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 11, 2019 to January 27, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED

_____
RONNIE ABRAMS, U.S.D.J.
12-10-19

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060        ☏ +1.212.309.6000
United States                   ✆ +1.212.309.6001