USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, *and on behalf of all other persons similarly situated,*

                Plaintiff,

v.

BLAZIN WINGS, INC.,

                Defendant.

19-CV-10075 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    No later than January 22, 2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated:    January 21, 2020
            New York, New York

Ronnie Abrams
United States District Judge