# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

February 20, 2020

<u>**Via ECF**</u>

The Honorable Ronnie Abrams
United States District Court
 For the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/20

**Re:  *Lopez v. Blazin Wings, Inc.*, 1:19-cv-10075-RA**
<u>**Request for Extension of Time to Respond to the Amended Complaint**</u>

Dear Judge Abrams:

We represent defendant Blazin Wings, Inc. ("Defendant") in the above-referenced action. Pursuant to Rule 1(A) and 1(D) of Your Honor's Individual Rules & Practices in Civil Cases, we write, with the consent of counsel for plaintiff Victor Lopez ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Amended Complaint filed in this action from February 24, 2020 to March 9, 2020. This is Defendant's first request for an extension of time to respond to the Amended Complaint. Defendant previously requested, and the Court previously granted, an extension of time to respond to the original Complaint. (Dkt. Nos. 8 & 9.)

In support of this request, counsel for Defendant states that it intends to move to dismiss the Amended Complaint, and this extension of time, if granted, will permit counsel sufficient time to prepare the motion papers. If granted, this request will not affect any other dates scheduled in this action. As noted above, counsel for Plaintiff consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED

_____
RONNIE ABRAMS, U.S.D.J.
2/21/20

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                     +1.212.309.6001